# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVELYN M. LAMBERT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 10-00394-CG-C |
| | ) |
| SKILSTAF, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

The defendant having filed their Settlement Assessment (Doc. 21) and the plaintiff having concurred, it is **ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE**. Any party may move for reinstatement within the next thirty (30) days should settlement not be consummated. Each party is to bear her or its own costs.

**DONE and ORDERED** this 19th day of May, 2011.


                                      /s/ Callie V. S. Granade
                                      UNITED STATES DISTRICT JUDGE